UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
In re                                                         :     24 Misc. 377 (LGS)
                                                              :
UPHEALTH HOLDINGS, INC.                                       :     ORDER
                                                              :
-------------------------------------------------------------X

### ORDER APPROVING PETITION OF UPHEALTH HOLDINGS, INC. PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS

This case comes before the Court on the *Ex Parte* Petition for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for use in Foreign Proceedings, (the "Petition"), filed by Petitioner Uphealth Holdings, Inc., on August 14, 2024.  This Court, having reviewed the Petition, the Memorandum of Law in Support thereof, the Declaration of Vijay Purohit, and the exhibits thereto, and the proposed subpoenas, finds that (1) the statutory requirements of 28 U.S.C. § 1782 are satisfied; and (2) the factors identified by the Supreme Court of the United States in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004), weigh in favor of granting Petitioner's Application.  It is therefore

**ORDERED** that Petitioner is granted leave to serve the subpoenas attached as Exhibit "A" to the Petition on (1) Bank of America, N.A.; (2) Bank of New York Mellon; (3) Citibank N.A.; (4) Deutsche Bank Trust Company Americas; (5) HSBC Bank USA, N.A.; (6) JPMorgan Chase Bank, N.A.; (7) Standard Chartered Bank; and (8) Wells Fargo Bank, N.A., respectively.

The Clerk of Court is respectfully directed to close the case.

Dated: August 15, 2024
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**